IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES C. WOODHAM,** | : | |
| Petitioner | : | No. 1:25-cv-00575 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **SUPERINTENDENT OF SCI HOUTZDALE, et al.,** | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 9th day of December 2025, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by pro se Petitioner James C. Woodham ("Woodham") (Doc. No. 1) as well as his August 15, 2025 response to the Court's July 8, 2025 Order to Show Cause (Doc. No. 8), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Woodham's remaining claims in his petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1), in which challenges the sufficiency of the evidence and the alleged ineffective assistance of his trial counsel, are **DISMISSED WITH PREJUDICE**;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. The Clerk of Court is directed to **SEND** copies of this Order and the accompanying Memorandum to Woodham, see R. 4, 28 U.S.C. foll. § 2254; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania